AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| :---: | :--- |
| v. | ) Case: 1:24-cr-00042 |
|  | ) Assigned To : Judge Dabney L. Friedrich |
|  | ) Assign. Date : 01/24/2024 |
|  | ) Description: INDICTMENT (B) |
| MARCUS SMITH | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **MARCUS SMITH**,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1361, 2(Destruction of Government Property)18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds)18 U.S.C. § 1752(a)(2)(Disorderly and Disruptive Conduct in a Restricted Building or Grounds)18 U.S.C. § 1752(a)(4)(Engaging in Physical Violence in a Restricted Building or Grounds)40 U.S.C. § 5104(e)(2)(D)(Disorderly Conduct ina Capitol Building)40 U.S.C. § 5104(e)(2)(F)(Act of PhysicalViolence in the Capitol Grounds or Buildings)40 U.S.C. § 5104(e)(2)(G)(Parading, Demonstrating, or Picketing in a Capitol Building)

Date: 01/24/2024

2024.01.24
11:43:02 -05'00'

*Issuing officer's signature*

City and state: Washington, DC

MOXILA A. UPADHYAYA, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 01-25-2024, and the person was arrested on *(date)* 01-26-2024
at *(city and state)* FLEMING ISLAND, FLORIDA.

Date: 01-26-2024

*Arresting officer's signature*

DONALD FERREIRA   SPECIAL AGENT
*Printed name and title*