**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | No. 24-cr-42 (DLF) |
| | : | |
| **MARCUS SMITH,** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT PROPOSED STATEMENT OF THE CASE**

Pursuant to the Court's order at the September 18, 2024, pretrial conference in the above captioned matter, the United States, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Marcus Smith, after conferral hereby submit the below joint statement of the case to be read to prospective jurors:

The government has charged the defendant, Marcus Smith, with seven crimes relating to the events at the United States Capitol on January 6, 2021. He is charged with destroying government property. He is further charged with unlawfully entering and remaining, engaging in disorderly and disruptive conduct, and engaging in an act of physical violence against person or property, while inside the U.S. Capitol building. Finally, he is charged with unlawfully parading, demonstrating, and picketing while inside the U.S. Capitol building.

Mr. Smith has pleaded not guilty to each charge.

     \*  \*  \*

     Respectfully submitted,

     MATTHEW M. GRAVES
     UNITED STATES ATTORNEY
     D.C. Bar Number 481052

By: */s/ John Oxenreiter*
     JOHN OXENREITER
     New York Bar Reg. No. 5511597
     Assistant United States Attorney
     U.S. Attorney's Office for the District of Columbia
     601 D Street NW
     Washington, DC 20530
     John.Oxenreiter@usdoj.gov
     (202) 252-7228

     SEAN P. MCCAULEY
     New York Bar Reg. No. 5600523
     Assistant United States Attorney
     U.S. Attorney's Office for the District of Columbia
     601 D Street NW
     Washington, DC 20530
     Sean.McCauley@usdoj.gov