UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 24-cr-00042 (DLF) |
| v. | : | |
| MARCUS SMITH, | : | |
| Defendant. | : | |

## VERDICT FORM

**Count One:** Destruction of Government Property with damage exceeding $1,000

__X_____          _____
Guilty                                                  Not Guilty

If you find the defendant not guilty of Count One, then proceed to Count One (a). If you find the defendant guilty of Count One, then skip Count One (a) and proceed to Count Two.

**Count One (a):** Destruction of Government Property with damage not exceeding $1,000

_____          _____
Guilty                                                  Not Guilty

**Count Two:** Entering or Remaining in a Restricted Building or Grounds

__X_____          _____
Guilty                                                  Not Guilty

**Count Three:** Disorderly and Disruptive Conduct in a Restricted Building or Grounds

__X_____          _____
Guilty                                                  Not Guilty

**Count Four:** Engaging in Physical Violence in a Restricted Building or Grounds

__X_____          _____
Guilty                                                  Not Guilty

**Count Five:** Disorderly Conduct in a Capitol Building

__X_____          _____
Guilty                                                  Not Guilty

**Count Six:**   Act of Physical Violence in the Capitol Grounds or Building

X
_____          _____
Guilty                                                            Not Guilty

**Count Seven:** Parading, Demonstrating, or Picketing in a Capitol Building

X
_____          _____
Guilty                                                            Not Guilty


Date: September 30, 2024