UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 24-cr-42 (DLF) |
| | : | |
| **MARCUS SMITH,** | : | |
| Defendant. | : | |

## GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S SUPPLEMENTAL BRIEFING

The Court should not disturb the jury's guilty verdict on all counts following the trial. Defendant Marcus Smith's Motion for Acquittal (ECF No. 64) should be denied. The Supplemental Briefing Smith filed (ECF No. 67) does not offer substantially different evidence or argument to support the points he argued in his original motion. A rational trier of fact could have found that the value of the damage to the doors—as expressed in the cost to the government to replace the doors—exceeded $1,000 (ECF No. 65, pgs. 4-9), and could have found that damage to the door exceeding $1,000 was caused by the defendant's actions (*Id.* at 9-11). For the foregoing reasons, the Government respectfully requests that Smith's motion for acquittal be denied.

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        United States Attorney
                                        D.C. Bar No. 481052

By:    */s/ John Oxenreiter*
           JOHN OXENREITER
           Assistant United States Attorney
           New York Bar Reg. No. 5511597
           John.Oxenreiter@usdoj.gov
           202-252-7228

           SEAN P. McCAULEY
           Assistant United States Attorney
           New York Bar Reg. No. 5600523

1